**In re Estate of John F. Dadie, deceased.**

**William J. Moxley, Inc., appellant, v. Gertrude A. Dadie, appellee. Gen. No. 30,325.**

Judgment partially allowing claim against estate.    Appeal by claimant.    Appeal from the Circuit Court of Cook county; the Hon. John H. Marshall, Judge, presiding.·  Heard in the second division of this court for the first district at the October term, 1925.    Affirmed. Opinion filed March 16, 1926.

Pratt & Zeiss, for appellant.    Albert H. Meads, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

**Klasp & Shake Club (corporation), defendant in error, v. E. J. Gilmore et al., plaintiffs in error.    Gen. No. 30,333.**

Suit to recover money alleged to have been fraudulently obtained from bank wherein deposited.    Judgment for plaintiff.    Error to the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding.    Heard in the second division of this court for the first district at the October term, 1925.    Affirmed.    Opinion filed March 16, 1926.

Murphy O. Tate, for plaintiffs in error; Leo M. Tarpey, of counsel. Baldridge, Monson & Nutt, for defendant in error; Erwin Boehning, of counsel.

Mr. Justice Fitch delivered the opinion of the court.

---

**John E. Fitzpatrick, plaintiff in error, v. Georgia Casualty Company, defendant in error.    Gen. No. 30,378.**

Action upon automobile insurance policy. ° Judgment for defendant. Error to the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding.    Heard in the second division of this court for the first district at the October term, 1925.    Reversed and remanded. Opinion filed March 16, 1926.

E. S. & J. W. Cummings, for plaintiff in error; E. S. Cummings, of counsel.    No appearance for defendant in error.

Mr. Justice Fitch delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. David E. Fink, plaintiff in error.    Gen. No. 30,391.**

Prosecution for unlawful possession of intoxicating liquor.    Conviction.    Error to the Municipal Court of Chicago; the Hon. William E. Helander, Judge, presiding.    Heard in the second division of this court for the first district at the October term, 1925.    Reversed. Opinion filed March 16, 1926.

Brown & Alschuler, for plaintiff in error.    Robert E. Crowe, State's Attorney, for defendant in error.

Mr. Justice Fitch delivered the opinion of the court.